IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES BRAY,

        Plaintiff,

vs.                                      CASE NO. 5:08cv108/RS-EMT

SCOTT A. MIDDLEBROOKS, Warden,

        Defendant.
_____/

## ORDER

Before me are Plaintiff's communication and Motion To Dismiss And/Or Close Without Prejudice (Doc. 8) and the Magistrate Judge's Report and Recommendation (Doc. 9).

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Plaintiff's Motion To Dismiss And/Or Close Without Prejudice (Doc. 8), is granted, and this case is dismissed without prejudice.

3. The clerk is directed to close the file.

**ORDERED** on May 2, 2008.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**